United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

Chambers of
Martin L. C. Feldman
District Judge

September 20, 2006

The Honorable Ortrie D. Smith, Chair
JudicialConference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC  20544

      Re:    Calendar Year 2005 Filing

Dear Judge Smith:

    I am responding to your letter of September 12, 2006 concerning my 2005 Financial Disclosure Report.

    Part VII, page 10, line 114 - MBNA Corp.  This was purchased on June 17, 2004 for $7,797.41 and the purchase was omitted in error.

    Part VII, page 4, line 70 - Alliance Bernstein - was omitted in error.  I still hold this stock.

    Please let me know if you have any further questions.



MLCF/kkj
Attachment - Via FAX and Mail

AO 10
Rev. 1/2006

REPORT
FOR CALENDAR YEAR 2005



in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FELDMAN, MARTIN L.C. | EASTERN DISTRICT OF LOUISIANA | 08/03/2006 |

| 4. Title (Article III Judges indicate active or senior status; magistrate Judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active U S DISTRICT JUDGE | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2005 to 12/31/2005 |
|  | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the Information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 POYDRAS STREET, Rm. 555 NEW ORLEANS, LA 70130 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Happy Closings, LLC |
| 2. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 AUG 14 A 10: 58 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. University of Zurich | Feb. 2-9, 2005 - Lecturer. U. of Zurich paid transportation and lodging |
| 2. Tulane Law School | July 4-July 25, 2005. Lecturer Tulane-Cambridge U. summer school. Tulane paid transportation & lodging |
| 3. American College of Trial Lawyers | Sept. 23-Oct. 3, 2005. Lecturer Anglo-American Exchange, Boston/Washington DC ACTL paid transportation and lodging |
| 4. | |
| 5. | |
| 6. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/03/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/03/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Home Life Ins. Co. | A | None | K | T | acquired | /83 | K | | |
| 2. Hewlett-Packard | A | Dividend | J | T | sold | 3/9 | J | A | |
| 3. ISHARES Fund | A | Dividend | | | sold | 1/7 | J | C | |
| 4. Morgan Keegan & Co. | A | Interest | J | T | acquired | 12/97 | J | | |
| 5. N.O. La.#1 - 20% Owner | E | Rent | O | W | acquired | /60 | O | | appraisal date unknown |
| 6. N.O. La.#2 - 20% Owner | B | Rent | M | W | acquired | /60 | M | | appraisal date unknown |
| 7. Seagate Technology | D | Dividend | J | T | acquired | 2/26 | J | | |
| 8. | | | | | sold | 2/15 | J | A | |
| 9. Transcanada Corp. | D | Dividend | J | T | acquired | 3/1 | J | | |
| 10. | | | | | sold | 3/11 | J | A | |
| 11. FHLMC Notes | D | Interest | J | T | acquired | 2/6 | J | | |
| 12. Newell Rubbermaid | D | Dividend | J | T | acquired | 1/8 | J | | |
| 13. Unilever | D | Dividend | J | T | acquired | 3/12 | J | | |
| 14. | | | | | sold | 12/9 | J | A | |
| 15. FHLMC | D | Interest | J | T | acquired | 2/6 | J | | |
| 16. FHLMC | D | Interest | J | T | acquired | 2/6 | J | | |
| 17. Weingarten Realty | D | Dividend | J | T | acquired | 5/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/03/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | sold | 11/9 | J | A | |
| 19. FHLMC | D | Interest | J | T | acquired | 6/1 | J | | |
| 20. FHLMC | D | Interest | J | T | acquired | 9/20 | J | | |
| 21. Rowan Corp. | D | Dividend | J | T | acquired | 9/21 | J | | |
| 22. | | | | | sold | 3/17 | J | A | |
| 23. Input/Output Corp. | D | Dividend | J | T | acquired | 10/6 | J | | |
| 24. General Electric | D | Dividend | J | T | inherited | | J | | |
| 25. | | | | | part sale | 10/11 | J | A | |
| 26. Citizens Communications | C | Dividend | J | T | acquired | 10/26 | J | | |
| 27. | | | | | part. sale | 3/21 | J | A | |
| 28. FHLMC | D | Interest | J | T | acquired | 9/20 | J | | |
| 29. FHLMC | D | Interest | J | T | acquired | 11/8 | J | | |
| 30. RMK Select Hi Income | B | Dividend | J | T | acquired | 11/8 | J | | |
| 31. Tiffany & Co. | D | Dividend | J | T | acquired | 12/1 | J | | |
| 32. | | | | | sold | 3/18 | J | A | |
| 33. Forest Labs | D | Dividend | J | T | acquired | 12/2 | J | | |
| 34. | | | | | sold | 3/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | B =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| FELDMAN, MARTIN L.C. | 08/03/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pfizer, Inc. | D | Dividend | J | T | acquired | 12/14 | J | | |
| 36. | | | | | sold | 3/14 | J | A | |
| 37. RMK Strategic Income | A | Dividend | J | T | acquired | 3/18 | J | | |
| 38. Bank of America | D | Dividend | J | T | acquired | 6/2 | J | | |
| 39. Eaton Vance | D | Dividend | J | T | acquired | 6/7 | J | | |
| 40. AM Funds Capital | D | Dividend | J | T | acquired | 6/7 | J | | |
| 41. Panhandle Eastern | D | Interest | J | T | acquired | 7/14 | J | | |
| 42. Pride International | D | Dividend | J | T | acquired | 7/2 | J | | |
| 43. UTS Municipal Inc. Trust | B | Interest | K | T | acquired | /90 | K | | |
| 44. Health & Retirement Group now HRPT Properties | A | Dividend | J | T | acquired | 9/98 | J | | |
| 45. UTT Trust | A | Dividend | J | T | acquired | 6/98 | J | | |
| 46. | | | | | sold | 1/21 | J | A | |
| 47. U.S. Surgical Corp. | A | Interest | J | T | acquired | 4/98 | J | | |
| 48. Fred Meyer, Inc. | A | Interest | K | T | acquired | 3/98 | K | | |
| 49. Pulaski Co. | A | Interest | J | T | acquired | 3/00 | J | | |
| 50. GNMA | A | Interest | J | T | acquired | 6/01 | J | | |
| 51. GNMA | A | Interest | J | T | acquired | 6/01 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ocean Energy Notes | B | Interest | K | T | acquired | 10/01 | K | | |
| 53. AIM Basic Value Fund | A | Dividend | J | T | acquired | 3/02 | J | | |
| 54. | | | | | partial sale | 8/18 | J | A | |
| 55. FNMA | A | Dividend | J | T | acquired | 3/02 | | | |
| 56. Colonial Bank | A | Interest | K | T | acquired | 5/02 | | | |
| 57. Transocean | A | Dividend | J | T | acquired | 5/03 | J | | |
| 58. | | | | | partial sale | 10/05 | J | | |
| 59. Infinity Proper. & Cas. | A | Dividend | J | T | acquired | 3/03 | J | | |
| 60. J.P. Morgan Chase | A | Dividend | J | T | acquired | 2/03 | J | | |
| 61. Costco Wholesale | A | Dividend | J | T | acquired | 1/03 | J | | |
| 62. | | | | | sold | 3/2 | J | B | |
| 63. NGP Capital Resources | D | Dividend | J | T | acquired | 3/21 | J | | |
| 64. Mission Resources | B | Dividend | J | T | acquired | 1/11 | J | | |
| 65. | | | | | sold | 4/8 | J | A | |
| 66. National Interstate | B | Dividend | J | T | acquired | 2/2 | J | | |
| 67. | | | | | sold | 2/8 | J | A | |
| 68. Pimco Corp. Income | D | Dividend | J | T | acquired | 2/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Toreador Resources | D | Dividend | J | T | acquired | 2/11 | J | | |
| 70. | | | | | sold | 2/11 | J | A | |
| 71. Parker Hannifin Co. | D | Dividend | J | T | acquired | 2/15 | J | | |
| 72. | | | | | sold | 3/29 | J | | |
| 73. Dividend Capital | D | Dividend | J | T | acquired | 2/23 | J | | |
| 74. Perot Systems | D | Dividend | J | T | acquired | 3/4 | J | | |
| 75. | | | | | sold | 5/10 | J | A | |
| 76. Bill Barrett Corp | D | Dividend | J | T | acquired | 3/8 | J | | |
| 77. | | | | | sold | 8/3 | J | A | |
| 78. Bill Barrett Corp. | D | Dividend | J | T | acquired | 3/17 | J | | |
| 79. | | | | | sold | 8/8 | J | A | |
| 80. FNMA | E | Interest | J | T | acquired | 4/22 | J | | |
| 81. FHLMC | D | Interest | J | T | acquired | 4/6 | J | | |
| 82. FHLMC | D | Interest | J | T | acquired | 4/6 | J | | |
| 83. Coca-Cola | D | Dividend | J | T | acquired | 4/26 | J | | |
| 84. | | | | | sold | 9/2 | J | A | |
| 85. FNMA | D | Interest | J | T | acquired | 4/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger; redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. GNMA | D | Interest | J | T | acquired | 5/16 | J | | |
| 87. FHLMC | D | Interest | J | T | acquired | 5/25 | J | | |
| 88. Pimco Corp. | D | Dividend | J | T | acquired | 5/27 | J | | |
| 89. Grey Wolf | D | Dividend | J | T | acquired | 6/9 | J | | |
| 90. | | | | | sold | 7/29 | J | B | |
| 91. Truststreet Prop. | D | Dividend | J | T | acquired | 6/3 | J | | |
| 92. McCormick | D | Dividend | J | T | acquired | 7/12 | J | | |
| 93. | | | | | sold | 9/15 | J | A | |
| 94. Unied Commercial Banks | D | Dividend | J | T | acquired | 7/12 | J | | |
| 95. 3M | D | Dividend | J | T | acquired | 7/26 | J | | |
| 96. Petrohawk Energy | D | Dividend | J | T | acquired | 8/3 | J | | |
| 97. FNMA | D | Interest | J | T | acquired | 8/17 | J | | |
| 98. Direct General | D | Dividend | J | T | acquired | 8/18 | J | | |
| 99. EFJ Inc | D | Dividend | J | T | acquired | 8/19 | J | | |
| 100. | | | | | sold | 8/19 | J | A | |
| 101. FHLMC | D | Interest | J | T | acquired | 8/17 | J | | |
| 102. Tellabs Inc. | D | Dividend | J | T | acquired | 9/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 103. | | | | | sold | 12/15 | J | A | |
| 104. TGC Industries | D | Dividend | J | T | acquired | 8/25 | J | | |
| 105. Direct General | D | Dividend | J | T | acquired | 8/24 | J | | |
| 106. TGC Industries | D | Dividend | J | T | acquired | 10/3 | J | | |
| 107. AGCO Corp. | D | Dividend | J | T | acquired | 12/6 | J. | | |
| 108. W&T Offshore | D | Dividend | J | T | acquired | 12/9 | J | | |
| 109. RMK Select Intermediate | A | Dividend | J | T | acquired | 3/18 | J | | |
| 110. MGM Grand, Inc. | D | Dividend | J | T | acquired | 6/99 | J | | |
| 111. | | | | | matured | 2/1 | J | D | |
| 112. Occidental Petroleum | A | Dividend | J | T | acquired | 11/03 | J | | |
| 113. | | | | | sold | 4/14 | J | C | |
| 114. MBNA Corp. | D | Dividend | J | T | sold | 1/11 | J | A | |
| 115. Panhandle Eastern | D | Dividend | J | T | sold | 12/17 | J | A | |
| 116. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/03/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII:  All the following apply to Part VII reported in 2004:

line 2 UTS Securities, sold 1/99
line 3 Union Elec. sold 1999 - no income
line 4 FNMA sold 12/98
line 5 UTS Securities Trust - sold no date
line 7 Legg Mason Cash Reserve Trust transferred 12/97 to Morgan Keegan & Co.
line 10 Venture Fund - sold, no date, no income
line 11 UTS Tax - became GNMA sold 4/12/200, no income
line 13 La. Treasury Bonds - sold 7/19/99
line 14 United Tele. notes - sold 3/31/03
line 16 Tax Exempt Securities Trust - sold, no income
line 17 Verizon - sold 1997
line 18 La. Gen'l Obligation Notes. sold, no income
lines 19-36 All items sold, no dates
line 37 Westinghouse Electric Notes - sold 12/98
line 38 Occidential Petro. - sold 11/16/98
lines 39-45 All items sold, no dates
line 47-49 Items sold, no dates
line 54 UIT Trust sold, no date
line 55 Blackrock sold 5/6/02
line 56 Prospect Fund - sold, no date
line 57 Medicalogic Inc. sold 12/99
line 58 Illinova Corp. - sold 4/20/99
line 61 Pulaski Co. - duplicate of line 60
line 63 Fed. Home Loan - paydown
line 64 GNMA paydown
line 65 Thornburg Fund sold, no date
line 68 Morgan Income Fund, sold, no date
line 69 El Paso Energy, sold 2003
lines 70-72 Lockheed Martin Notes, sold, no date
line 74 Seagull Energy Notes, sold
lines 75-77 Items sold, no dates
line 78 Ocean Energy Notes - duplicate of line 73
line 80 FHLMC sold, no date
line 83 BB&T Corp. sold
lines 85-97 Items sold, no dates
line 98 GNMA #1775-4 sold 9/95
line 99 FHLMC #1505CL-Q sold 1/03
lines 100-102 Items sold, no dates
line 103 Baxter International sold 3/12/04
line 104 Devon Energy sold, no date
line 105 FNMA #1990-78 sold 12/99
line 106 Hewlett-Packard, sold, no date
line 108 Infinity Property, sold, no date
line 110 Anheusar-Busch, sold, no date
lines 112, 113 Items sold, no dates
line 115 Harvest Resources, sold no date
lines 117-118 Items sold, no dates
line-120 Charter Finanacial, sold 8/4/03
lines 121-123 Items sold, no dates
line 130-135 Items sold, no dates
lines 137-139 Items sold, no dates
lines 141-146 Items sold, no dates

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF MISSOURI
CHARLES EVANS WHITTAKER U.S. COURTHOUSE
400 EAST NINTH STREET
KANSAS CITY, MISSOURI 64106

Chambers of
Gary A. Fenner
District Judge

(816) 512-5660
Fax: (816) 512-5673

May 30, 2006

RECEIVED
2006 JUN -5 ' A 10: 55
FINANCIAL
DISCLOSURE OFFICE

The Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RE:    Calendar Year 2005 Filing

Dear Judge Smith:

Pursuant to your May 26, 2006 letter requesting additional information in regard to my 2005 Financial Disclosure Report, I would like to amend Part VII of my report by adding the following item on line 24:

Waddell & Reed
Advisors Value (Mutual Fund)      A            Dividend            J            T

In the event you need any further information, I would appreciate hearing from you.

Very truly yours,



Gary A. Fenner

GAF/lm